

HB Fuller
1200 Willow Lake Boulevard
St. Paul, Minnesota 55110-5101
Office (651) 236-5900

Correspondence to:
P.O. box 64683
St. Paul, Minnesota 55164-0683

March 4, 2013

Patrick J. Stompanato
112 South Windham Lane
Bloomingdale Il 60108-2535



Dear Patrick:

We are very pleased to formally offer you the position of Territory Manager for the North America Adhesives Central Region. This position will report to me and you will be working out of your home in Bloomingdale. This offer is contingent upon a successful legal review of your non-compete with your current employer, satisfactory background verification and pre-employment drug screening being passed prior to commencing employment.

The Territory Manager position is offered at an initial annual target compensation level of $121,428.57 pro-rated based on your hire date. Your annual target compensation is made up of two components: **base salary** (70%) and **financial incentive** (30%). The annual **base** salary will be $85,000 pro-rated based on your hire date, paid at a bi-weekly rate of $3,269.23. The annual target financial incentive is made up of two parts, 20% of which is based on your individual Territory Financial Incentive $24,285.71, and 10% of which is your Sales To New Close incentive, $12,142.86.

These **incentives are paid quarterly** based on performance against individual sales targets, and are uncapped. This is a cumulative plan so any bonus earned over target in a quarter would be held until year-end actual against target is calculated. You will be guaranteed your pro-rated Individual Territory bonus at target ($6,071.43 per quarter) for the 2nd and 3rd Quarters of Fiscal Year 2013. Active employment at Fiscal Quarter end is required to eligible for payment.

Also included with this position are a company car, lap top computer, cell phone and corporate credit card.

You will be eligible for three (3) weeks of **Paid Time Off** (PTO). In addition, all HB Fuller employees receive nine (9) paid corporate holidays and two (2) "floater" holidays, to be used at your discretion.

**Benefits Plans:** You will be eligible for our robust benefits plans, including medical, dental and other aspects. Within ten days of your start, you will receive a package containing explanations of the plans, associated costs and the opportunity to select the plans for you and your family.

**Thrift Plan:** The Company will match, $1 for every $1 you save, up to 4% of your eligible compensation. H.B. Fuller will make a non-elective Retirement Contribution of 3% of your eligible compensation to your account each pay period. H.B. Fuller reserves the right to change the plan at any time.

Included in this packet you will find:
- 2 Offer Letters (one for you to keep) **(one must be signed and returned)**
- NonDisclosure NonCompete Agreement **(read, sign and return)**
- Authority to Release Information Form (two Fair Credit Reporting Act documents are attached fyi) **(fill out and return)**
- Instructions for Initiating the Background Check
- Drug and Alcohol Testing Policy Form **(must be signed and returned).**
- The H.B. Fuller Code of Business Conduct brochure **(acknowledgement form must be signed and returned).**
- Discrimination and Harassment Acknowledgement Form **(must be signed and returned)**

You are required to successfully complete the pre-employment drug and alcohol screening test. Please take the Medtox form, included with this letter, with you along with proper identification for this drug screening.

- Medtox Drug Test Form

Please give Lauri Robinson a call to set up your drug screen (360) 576-4216. Results of the drug screen must be received before you report to work (minimum of 3 days from date of drug screen is required to obtain results).

You must read, sign, and return a copy of the offer letter, Non-Competition Agreement, Code of Conduct form, VCI Information Release form, and Drug and Alcohol Policy Consent Form. **In accepting this offer for employment, you represent and warrant to H.B. Fuller that it has not asked or required you to, and you further agree that you will not, violate the terms of any prior employment, confidentiality, non-competition or similar agreements to which you are a party.** You represent and warrant to H.B. Fuller that you shall not disclose to anyone at H.B. Fuller confidential or trade secret information learned by reason of your employment with any other employer, and that any confidential documents (paper or electronic) in your possession by virtue of your current employment will be returned to your current employer before you commence employment with H.B. Fuller. You are also acknowledging that this employment relationship is "at-will". This means that H.B. Fuller or you can decide to terminate the employment agreement at any time, with or without cause and with or without notice.

If you should have any questions regarding this offer, please call Leah Cox at (360) 576-4223. We are pleased that you are considering joining us and would ask that you indicate your acceptance by signing and returning a copy of this letter to Lauri Robinson in the enclosed FedEx envelope at your earliest convenience. We anticipate that your start date will be around March 25, 2013

Patrick, I look forward to having you on the Central sales team!

For H.B. FULLER

Best regards,

*[signatures]*

John Schrule
Geographic Sales Manager, Central
North America Adhesives

Accept: _____    Date: __3/4/2013__
Patrick Stompanato                              Of Acceptance

 

To: **Patrick Stompanato**

From: **Brad Zechman**

Date: May 21, 2015

Subject: Promotion

Dear Patrick:

I am very pleased to offer you a promotion to the position of **Sr. Account Manager** on the Packaging East Sales team.

Patrick, not only do you possess the drive and skills for this role, but even more importantly you have demonstrated the ability to deliver results and put our core beliefs into practice to make those around you and H.B. Fuller more successful.

Your promotion to pay grade 26 will begin effective Monday, June 1, 2015, and you will receive a 6% increase, bringing your base salary to $96,497.10. You will continue to be eligible for a merit increase in February, in the normal course.

You will continue to participate in the 70/30 Account Manager Sales Compensation Plan.

Please indicate your acceptance by signing this memo and signing the attached Non-compete Agreement and returning it to Debbie Sadowski (contact information below).

Patrick, this is a well-deserved promotion and I am confident that you will continue to excel and make positive contributions which will have an important and direct impact on the future success of the NA Sales team.

Sincerely,

*Leah V Cox*
For BZ

Accept: *Patrick Stompanato*
Patrick Stompanato

Date: 5/22/2015

Brad Zechman
VP, Packaging Solutions

**Return signed documents to:**
H.B. Fuller
Attn: Debbie Sadowski
1200 Willow Lake Blvd
Vadnais Heights, MN 55110
651-236-5109
Debbie.sadowski@hbfuller.com

EXHIBIT B

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 440-2016-03082 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Mr. Patrick J. Stompanato
**Home Phone** (Incl. Area Code): (708) 767-3492
**Date of Birth**: 10-26-1969

**Street Address**: 112 South Windham Lane, **City, State and ZIP Code**: Bloomingdale, IL 60108

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: HB FULLER
**No. Employees, Members**: 500 or More
**Phone No.**: (360) 576-4223

**Street Address**: 1200 Willow Lake Blvd, **City, State and ZIP Code**: Vadnais Heights, MN 55110

RECEIVED EEOC
MAR 31 2016
CHICAGO DISTRICT OFFICE

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [X] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest — Latest: 03-21-2016
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began employment with Respondent in or around March 2013. My current position is Territorial Sale Manager. During my employment, I was subjected to harassment and different terms and conditions, including but not limited to being forced on Temporary Total Disability. I was subsequently told my position is being closed as of April 1, 2016.

I believe I have been discriminated against based on my age, 46, (10/6/1969), and in retaliation for making a protected activity, in violation of the Age Discrimination in Employment Act of 1967, as amended.

I believe I have been discriminated against based on my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3/24/2016
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT C



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
ENFORCEMENT FAX: (312) 869-8220
STATE & LOCAL FAX: (312) 869-8077
LEGAL FAX: (312) 869-8124

FILE REVIEWS FAX: (312) 869-8220
MEDIATION: (312) 869-8060
HEARINGS FAX: (312) 869-8125

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 869-8220** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). _Be sure to include your name, address, phone number and EEOC charge number with your request_.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

*   **Before filing a lawsuit, but within 90 days of your receipt of the Right to Sue, or**

*   **After your lawsuit has been filed. If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.**

If you are the _**Respondent**_ you may be granted access to the file _**only after**_ a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Print Group, 60 East Van Buren, Suite 1502, Chicago, IL 60605, (312) 542-1300.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, **it is recommended that you first review your file** to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent **in its entirety** to the copy service, **and you will be responsible for the cost.** Payment must be made directly to **Aloha Print Group,** which charges 15 cents per page.

(Revised 04/20/2016, previous copies obsolete)

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

**PRIVATE SUIT RIGHTS**

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

**IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.**

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

**ATTORNEY REPRESENTATION**

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

**DESTRUCTION OF FILE**

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

EEOC Form 161-B (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Patrick J. Stompanato<br>C/o Glenn Gaffney, Esq.<br>Gaffney & Gaffney P.C.<br>1771 Bloomingdale Rd<br>Glendale Heights, IL 60139 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-03082 | Mark E. Leff,<br>Investigator | (312) 869-8176 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]    More than 180 days have passed since the filing of this charge.

[X]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]    The EEOC is terminating its processing of this charge.

[ ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*/s/ Julianne Bowman*      6/9/16
Julianne Bowman,      *(Date Mailed)*
District Director

Enclosures(s)

cc:    HB FULLER COMPANY
       C/o John Barker, Esq.
       Senior Counsel
       1200 Willow Lake Blvd
       St. Paul, MN 55110

EXHIBIT D.

EEOC Form 5 (11/09)

| | |
|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:     Agency(ies) Charge No(s):<br>☐ FEPA<br>☒ EEOC |

_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Patrick Stompanato | 708-767-3492 | 10/26/1969 |

| Street Address | City, State and ZIP Code |
|---|---|
| 112 South Windham Lane | Bloomingdale, IL 60108-2535 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| H.B. Fuller Company | 100+ | (651) 236-5900 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1105 South Frontenac | Aurora, IL 60504 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
9/28/2015

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**SEE ATTACHED EXHIBIT A PARTICULARS**

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

_____      _____
Date                  Charging Party Signature

NOTARY–*When necessary for State or Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**EXHIBIT E**

## PARTICULARS – EXHIBIT A

### Count I

A.  **ISSUE:**  Failure to Accommodate – Americans with Disabilities Act

   **BASIS:**  Disability Discrimination

B.  **PRIMA FACIE ALLEGATIONS:**

1. I began my employment with HB Fuller on March 4, 2013. My last position held was Senior Account Manager reporting to John Schrule, Geographic Sales Manager, Central Region, North American Adhesives.

2. At all times, I duly and adequately performed the duties and responsibilities of my position and often met or exceeded my employer's reasonable and legitimate expectations.

3. On September 11, 2014, I sustained a work-related injury to my left hip, which caused me to be limited in my physical capabilities. Despite my physical limitations, I was, at all times, able to perform the essential functions of my position with or without a reasonable accommodation.

4. On September 28, 2015, management at HB Fuller, without warning and without cause, forced me on to an unpaid medical leave of absence, despite my continued capability to perform the essential functions of my position.

5. After being placed on a forced medical leave of absence, HB Fuller failed and refused to provide me with a reasonable accommodation so as to allow me to be reinstated.

6. Other similarly situated non-disabled employees were not forced onto an unpaid medical leave of absence like I was.

7. HB Fuller's failure to accommodate my disability and reinstate my employment was based on unlawful disability discrimination.

1

8. On March 22, 2016, my employment was terminated by HB Fuller after it continuously failed and refused to accommodate me.

9. As a direct and proximate result thereof, I have sustained damages.

**Count II**

A. ISSUE: Failure to Accommodate – Americans with Disabilities Act

 BASIS: Perceived/Regarded as Disability Discrimination

B. **PRIMA FACIE ALLEGATIONS**:

1-9. I incorporate herein paragraphs 1 through 9 of Count I as paragraphs 1 through 9 of this Count II.

10. HB Fuller unlawfully perceived or regarded me as having a disability when it forced me onto a medical leave of absence on September 28, 2015.

11. Other similarly situated non-disabled employees were not perceived or regarded as disabled like I was.

12. As a direct and proximate result thereof, I have sustained damages.

**Count III**

A. ISSUE: Failure to Accommodate – Americans with Disabilities Act

 BASIS: Disability Discrimination based on a History of a Disability

B. **PRIMA FACIE ALLEGATIONS**:

1-12. I incorporate herein paragraphs 1 through 12 of Count II as paragraphs 1 through 12 of this Count III.

13. I have a history or record of a disability to my left hip. Despite my history of a disability, I have, at all times, been able to duly and adequately perform the essential functions of my position with or without a reasonable accommodation.

14. On September 28, 2015, HB Fuller unlawfully placed me on to a forced unpaid medical leave of absence due to my history of a disability.

15. Other similarly situated employees with no history of a disability were not placed on a forced medical leave of absence like I was.

16. As a direct and proximate result thereof, I have sustained damages.

Patrick Stompanato
Complainant

*I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.*

Patrick Stompanato

3